```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-15237-elf
Barbara A Davis                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                Page 1 of 1              Date Rcvd: Oct 25, 2019
                              Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
```
db             +Barbara A Davis,    8200 Henry Avenue, Apt. A14,    Philadelphia, PA 19128-2935
               +Fairmount Behavioral Health System,    attn: Payroll controller,    561 Fairhorne Avenue,
                 Philadelphia, PA 19128-2412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2019 03:39:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Barbara A Davis dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :   Chapter 13

Barbara A Davis                          :   Case No. 19-15237-ELF
xxx-xx-7130

           Debtor

AMENDED  ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
              FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

                    $207.50 EVERY TWO WEEKS.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

                                                              10/25/19
HONORABLE ERIC L. FRANK                          DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:          David M. Offen Esq.
William C. Miller, Trustee       Suite 160 West, Curtis Ctr.
P.O. Box 1799                    Philadelphia, PA 19106
Memphis, TN  38101-1799          (215) 625-9600

Payroll Controller
Fairmount Behavioral Health System
561 Fairhorne Avenue
Philadelphia, PA 19128