IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Barbara A. Davis | : | No. 19-15237-ELF |
|     Debtor | : | |

ANSWER TO MOTION OF TOYOTA LEASE TRUST
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed. Debtor is prepared to remit two payments.

7. Admitted payments were missed. Debtor has two payments to remit immediately and asks for the chance to catch up the remaining arrears.

8. Debtor is unsure of the same.

9. A) Debtor can make two payments immediately

   B) Denied.

10. Denied.

11. No response required.

                                                /s/ David M. Offen
                                                David M. Offen
                                                Attorney for Debtor(s)

Dated: 2/26/20


CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of Toyota Lease Trust
bkgroup@kmllawgroup.com

                                                /s/ David M. Offen
                                                David M. Offen
                                                Attorney for Debtor

Dated: 2/26/20