## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara A. Davis <br> <u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Lease Trust <br> <u>Secured Creditor</u> <br> vs. | NO. 19-15237 ELF |
| Barbara A. Davis <br> <u>Debtor(s)</u> | |
| William C. Miller Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### STIPULATION

1. Debtor filed this Chapter 13 bankruptcy petition on or about August 21, 2019.

2. On or about February 19, 2020, Toyota Lease Trust ("Secured Creditor") filed a Motion for Relief with regards to a Lease for a 2018 Toyota Camry, VIN: 4T1B11HK3JU511466 ("the Vehicle").

3. The Motion for Relief was resolved via a Stipulation approved by this Court on April 16, 2020.

4. Since the Stipulation was approved, the Lease has matured as of November 1, 2020.

5. The Vehicle was returned to Movant as of November 5, 2020.

6. Secured Creditor and Debtor now agree and stipulate that relief from the automatic stay with regards to the Vehicle is now lifted.

7. Secured Creditor, its successors and/or assigns may take possession and sell, lease, and otherwise dispose of the Vehicle in a commercially reasonable manner.

8. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: February 8, 2021        By: /s/Rebecca A. Solarz
                                  Rebecca A. Solarz, Esq.
                                  Attorney for Secured Creditor

Date: 02/12/2021              /s/David M. Offen, Esq.
                              David M. Offen Esq.
                              Attorney for Debtor(s)

# O R D E R

Approved by the Court this 17th day of February, 2021.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**