United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15237-elf |
| Barbara A Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A Davis, 8200 Henry Avenue, Apt. A14, Philadelphia, PA 19128-2935 |
| cr | + | Toyota Lease Trust, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2021 04:02:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Barbara A Davis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Feb 17, 2021     Form ID: pdf900     Total Noticed: 3

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Barbara A. Davis<br>_Debtor(s)_ | | CHAPTER 13 |
| Toyota Lease Trust<br>vs. _Secured Creditor_ | | NO. 19-15237 ELF |
| Barbara A. Davis<br>_Debtor(s)_ | | |
| William C. Miller Esq.<br>_Trustee_ | | 11 U.S.C. Section 362 |

**STIPULATION**

1. Debtor filed this Chapter 13 bankruptcy petition on or about August 21, 2019.

2. On or about February 19, 2020, Toyota Lease Trust ("Secured Creditor") filed a Motion for Relief with regards to a Lease for a 2018 Toyota Camry, VIN: 4T1B11HK3JU511466 ("the Vehicle").

3. The Motion for Relief was resolved via a Stipulation approved by this Court on April 16, 2020.

4. Since the Stipulation was approved, the Lease has matured as of November 1, 2020.

5. The Vehicle was returned to Movant as of November 5, 2020.

6. Secured Creditor and Debtor now agree and stipulate that relief from the automatic stay with regards to the Vehicle is now lifted.

7. Secured Creditor, its successors and/or assigns may take possession and sell, lease, and otherwise dispose of the Vehicle in a commercially reasonable manner.

8. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:  February 8, 2021                           By: /s/Rebecca A. Solarz
                                                      Rebecca A. Solarz, Esq.
                                                      Attorney for Secured Creditor

Date: 02/12/2021                                  /s/David M. Offen, Esq.
                                                  David M. Offen Esq.
                                                  Attorney for Debtor(s)

**O R D E R**

Approved by the Court this 17th day of February, 2021.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**