United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                             Case No. 19-15237-amc

Barbara A Davis                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 21, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A Davis, 400 Voters Road, Apt. 118, Slidell, LA 70461-3528 |
| 14377053 | + | David White, 3452 N. 23rd Street, Philadelphia, PA 19140-4707 |
| 14377054 | | Directv, P.O. Box 830032, Baltimore, MD 21283-0032 |
| 14377056 | + | Marc F Greenfield, Esq., TWO PENN CENTER PLAZA, 1500 JFK BOULEVARD, SUITE 200, Philadelphia, PA 19102-1717 |
| 14399476 | + | Toyota Lease Trust, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14377064 | + | University City Housing, P.O. Box 1524, Bryn Mawr, PA 19010-5124 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2023 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2023 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14377045 | + | Email/Text: broman@amhfcu.org | Jul 22 2023 00:31:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14391627 | + | Email/Text: bankruptcy@sccompanies.com | Jul 22 2023 00:31:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14377047 | + | Email/Text: bankruptcy@sccompanies.com | Jul 22 2023 00:32:00 | Ashro, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 14377048 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2023 00:31:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14403054 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 22 2023 00:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14395626 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 22 2023 00:31:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14377049 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2023 00:31:00 | Comenity Bank/Arizona Mail Order, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14377050 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2023 00:31:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14377052 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2023 00:31:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14377051 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2023 00:31:00 | Comenitybank/cldwtrmc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2                              User: admin                                    Page 2 of 3
Date Rcvd: Jul 21, 2023                          Form ID: 138OBJ                                 Total Noticed: 30

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14377055 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jul 22 2023 00:31:19 | First Mark Services, First Mark Services, Po Box 82522, Lincoln, NE 68501 |
| 14551876 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2023 00:31:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14377057 | + | Email/Text: bankruptcy@sccompanies.com | Jul 22 2023 00:31:00 | Masseys, P.O Box 2822, Monroe, WI 53566-8022 |
| 14377058 | | Email/Text: bankruptcy@sccompanies.com | Jul 22 2023 00:32:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14377059 | + | Email/Text: Bankruptcies@nragroup.com | Jul 22 2023 00:32:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14408988 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2023 00:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14408989 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2023 00:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14377062 | ^ | MEBN | Jul 22 2023 00:29:00 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14393735 | + | Email/Text: tdebn@credbankserv.com | Jul 22 2023 00:31:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14377063 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 22 2023 00:31:00 | Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14392024 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 22 2023 00:31:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14397273 | ^ | MEBN | Jul 22 2023 00:29:13 | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14377061 | | Octavia Harmon, Unknown |
| 14377046 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14395627 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14377060 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Barbara A Davis dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Barbara A Davis

              Debtor(s)

Case No: 19−15237−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/21/23